JOHN FORSYTHE CO., INC. *v.* UNITED STATES

**No. 7421.**—Invoice dated Manchester, England, August 8; 1941.
　　　　　　Certified August 8, 1941.
　　　　　　Entered at New York, N. Y., September 22, 1941.
　　　　　　Entry No. 715480.

(Decided October 27, 1947)

*William Whynman* for the plaintiff.

*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values were the entered values.

Judgment will be rendered accordingly.